JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRUZ, | Case No. CV 09-2787-GAF (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Petition is dismissed with prejudice.

Dated: September 26, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE